UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HOT STITCH, LLC

                Plaintiff,

-against-

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,

                Defendants,
-------------------------------------------------------------x

08 CV 6296

AFFIRMATION OF SERVICE

State of New York  )
                    )ss.:
County of New York )

LUIS REYES, being duly sworn, deposes and says:

1. I am not a party to this action; over eighteen years of age; reside in JERSEY CITY NEW JERSEY and an employee of Jonick Courier, Inc.

2. On the 14th day of July, 2008, at about 2 a.m./p.m., I personally served the following documents:

    a. Notice of Motion for an Order Declaring that, Unless Within 10 Days thereof, Ashley Fully Pays for All Ashley Stewart Braded Apparel in Hot Stitch's Possession, Hot Stitch is Granted a Limited License for the Sale of any *Ashley Stewart* ® Branded Apparel Produced by Hot Stitch Pursuant to Ashley Stewart, Ltd.'s Order and Remaining in Its Possession returnable on Wednesday, July 16, 2008 at 10:30 a.m. before the Honorable George B. Daniels;
    b. **Complaint**;
    c. **Declaration of Samuel Mesrie**;
    d. proposed Order; and
    e. **Rule 7.1 Statement**

by delivering a true copy of the original document to the business address of defendants Ashley Stewart, Ltd., Urban Brands, Inc. and Mr. Ethan Shapiro located at

100 Metro Way, Secaucus, New Jersey 07094, and leaving same with _PALMER_. Deponent describes recipient as follows: (SURNAME OF RECEPTIONIST). MS. PALMER IS AFRICAN-AMERICAN, LATE 40S-EARLY 50S, WITH BLACK HAIR & BLACK EYES.

PRINTED NAME: LUIS REYES

Sworn to before me this
17 day, July 2008.

NOTARY PUBLIC

DWIGHT YELLEN
Notary Public, State of New York
No. 02YE4725587
Qualified in New York County
Commission Expires January 31, 20 11