Vano Haroutunian (VH -1010)
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, New York 10019
Tel: 212-575-7900
*Attorneys for Plaintiff Hot Stitch, LLC*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOT STITCH, LLC

                Plaintiff,

    -against-

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,

                Defendants,
------------------------------------------------------------x

08 CV

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **HOT STITCH, LLC**, (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

      NONE

Date:  July 11, 2008

                                                                Vano Haroutunian (VH-1010)