UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

HOT STITCH, LLC.,

                              Plaintiff,

        -  against -

ASHLEY STEWART, LTD.,
d/b/a URBAN BRANDS, INC., and
ETHAN SHAPIRO,

                              Defendants,

-------------------------------------------------- x

Doc No. 08 CIV 6296

**DECLARATION OF SAMUEL
MESRIE IN SUPPORT OF
ORDER TO SHOW CAUSE**

SAMUEL MESRIE declares, under penalty of perjury, as follows:

1.   I am the Chief Executive Officer of Hot Stitch, LLC. ("Plaintiff" or "Hot Stitch"), a New York limited liability company in the business of manufacturing, importing and wholesale distributing women's, misses and junior apparel and garments. I am fully authorized to make this Declaration and my account of the events stated herein is made upon personal knowledge, except as those matters stated upon information and belief.

2.   I make this Declaration in support of an Order temporarily, then permanently, declaring Hot Stitch's right to sell off the apparel goods produced for Ashley Stewart, Ltd. ("Ashley Stewart", "Ashley" or "Defendant"), if the latter is unable or unwilling to purchase the goods at the commercially reasonable terms outlined in Ashley's own purchase orders, described more fully below.  I further respectfully demand judgment against Ashley Stewart, Urban Brands and/or Ethan Shapiro in the amount of $185,324, and for all such other relief the Court deems just and proper.

### THE PARTIES

3.    My company, Hot Stitch, is a New York Limited Liability Company organized as of May 7, 2007.  Our principal headquarters is at 1407 Broadway, Suite 1208, New York, New York.  Hot Stitch does business as Just Ernie, Inc.  Hot Stitch d/b/a Just Ernie, Inc. is in the business of manufacturing, importing and distributing wholesale women's, misses and junior apparel and garments.

4.    Hot Stitch currently has eight employees and monthly operating costs of approximately $80,000.

5.    As the Chief Executive Officer of Hot Stitch, I am ultimately responsible for Hot Stitch's business transactions and day-to-day operations.

6.    Upon information and belief, Defendant Ashley Stewart, is a chain of specialty retail clothing stores owned and operated by Urban Brands, Inc. ("Urban Brands"), a Delaware corporation, having its principal place of business at 100 Metro Way, Secaucus, New Jersey, 07094.

7.    Upon further information and belief, Urban Brands also owns and operates another chain of retail clothing stores called Marianne in the U.S. Territories of Puerto Rico.

8.    Upon information and belief, Ashley Stewart runs approximately 200-plus retail storefronts in about two dozen U.S. states, the District of Columbia and the U.S. Virgin Islands, as well conducts online sales via its website.

9.    Upon information and belief, the President of Urban Brands is Steve Newman.  The Chief Executive Officer of Urban Brands and Ashley Stewart is Ethan Shapiro ("Ethan").

10.  Upon information and belief, Urban Brands employs approximately 2,000 individuals and has annual sales of approximately $100-124.9 million.

## ASHLEY'S CURRENTLY UNPAID BALANCE &
## REMAINING UNDELIVERABLE GOODS

11.  Ashley Stewart currently has a total unpaid balance due to it of $185,324.00 for unpaid goods sold, produced and delivered by Hot Stitch to Ashley.  This aggregate balance is comprised of 13 individual invoices, collectively annexed hereto as **Exhibit A**, spanning from April 9, 2008 through June 4, 2008, respectively.

12.  In addition to this outstanding balance for merchandise already delivered, Ashley also placed orders with Hot Stitch for approximately 26,712 additional pairs of denim jeans, fully described below.  These jeans, which Hot Stitch produced specifically for Ashley's orders, have an estimated value of $253,764.00.  A copy of the purchase orders comprising this figure is collectively annexed hereto as **Exhibit B**.  To date, however, Hot Stitch is being forced to hold this merchandise as Ashley refuses to honor its purchase orders, neither paying Hot Stitch nor taking delivery of the remaining garments.

3

## COURSE OF PRIOR DEALINGS BETWEEN THE PARTIES

13. Beginning in or around July of 2007, I began doing business with Ashley Stewart. Ashley would place purchase orders with Hot Stitch for the production and delivery of women's clothing apparel, including denim jeans.

14. Upon receiving an order, I would have Hot Stitch import the denim jeans from overseas producers in quantities necessary to satisfy Ashley's stated requirements.

15. When the shipment arrived, Hot Stitch would then deliver the apparel, which was embroidered with the "Ashley Stewart" trade name into the garments, as well as with attached tags and labels bearing the name.

16. Lastly, Hot Stitch would complete the transaction by shipping the finished goods to Ashley Stewart.

17. It is my information and belief that Ashley Stewart would thereafter distribute and sell the jeans through its retail stores, or its company-operated web site.

18. At issue here are two distinct varieties or styles of jeans produced by Hot Stitch for Ashley Stewart are particularly relevant. Style 4100 ("4100") is a "Black" denim "5-Pocket Straight Leg Jean"; and Style 4101 ("4101") is a "Blue-Black" denim "5-pocket Straight-Leg Jean". Both styles are available in sizes ranging from women's/misses 12 through 26, each size with respective inseams for petite, normal or tall women..

19. Ashley Stewart contracted to pay Hot Stitch $9.50, per unit; a unit being one pair of Style 4100, or 4101, jeans.

## **INTERNATIONAL FACTORING AND CREDIT RISK PROTECTION**

20. It is standard industry practice in international clothing importation for importers, such as myself, to get credit approval for a retailer's (such as Ashley) purchase order, <u>at the time the retailer places the order</u>.

21. Credit approval and risk management in international trade transactions typically is achieved through a banking service known as "international factoring", where a seller obtains a guarantee of payment from a third-party, called a "Factor". Routine factoring services include investigating the creditworthiness of buyers, assuming credit risk, collection and management of receivables. A separate and equally important function of the Factor is the advancing of immediate funds to Hot Stitch against receivables such as Ashley's.

22. The initial step of my international factoring transactions involves the Factor investigating my purchaser's credit status to decide whether to approve the credit. The transaction is only completed, and the purchase order processed, if the Factor approves the debtor/purchaser's credit. Once approved, the Factor assumes the risk and responsibility for my credit-worthy accounts receivable, including collecting on their debt.

23. By partnering with a Factor, I significantly minimize the risk of importing goods at my own substantial expense that are not certain to be purchased and received by my debtor/purchasers. In addition, I can finance Hot Stitch's cash flow instead of waiting for invoices to be paid after a certain number of days, thus limiting the impact of waiting for the terms on our invoices to mature.

## ASHLEY'S FINANCIAL DIFFICULTIES
## AND REQUESTED ARRANGEMENT

24. Upon information and belief, at some time in 2007, Ashley Stewart began experiencing financial difficulties due to "the bad retail atmosphere" and as a result of "mismanaged operations" by certain employees of Urban Brands. See the true copy of my June 20, 2008 email to Ethan Shapiro, "Subject: yesterday's meeting", included in the series of emails collectively annexed hereto as **Exhibit C** ("Exhibit C").

25. In or around October, 2007, Ethan (Ashley's CEO) had approached me to discuss an arrangement for upcoming purchase orders Ashley intended to place with Hot Stitch.

26. Although my usual practice was to first obtain a Factor's credit approval for Hot Stitch's purchasers <u>at the time</u> an order is placed, and before importing any merchandise needed to fill these orders, Ashley asked me <u>not</u> to obtain credit approval from my Factor so as not to tie up Ashley's open credit lines, until <u>after</u> importing the goods required to fill Ashley's purchase orders.

27. Because I never had previous problems with Ashley's credit or its paying on time and taking delivery of all ordered merchandise, I agreed to complete the transaction as Ethan requested and "go out on a limb" with Ashley's credit. See the true copy of my June 11, 2008 email to Ethan Shapiro provided in **Exhibit C**.

28. In return for the risk Hot Stitch was assuming in complying with Ethan's demand, Ashley agreed to take delivery of all goods ordered and produced, and to secure Factor approval for Hot Stitch on 45-day terms.

6

29. Shortly after reaching our agreement, Ashley placed orders requiring Hot Stitch to expend over $800,000 in capital to import and produce the ordered denim apparel. Hot Stitch went ahead with importing and producing the apparel goods.

30. Once the goods arrived to the United States in or around November, 2007 and were ready to be shipped, however, I discovered through my Factor that Ashley could no longer get approved for credit and that, if Hot Stitch wanted to deliver the imported goods to Ashley, we had to 'carry them' at our own credit risk.

31. Facing potentially big losses if Hot Stitch did not agree to these terms, I initially agreed for Hot Stitch to extend to Ashley a revolving credit line of $200,000, without any interest on outstanding balances, for the ongoing provision of the purchase ordered goods. It was therefore agreed that Hot Stitch would produce the finished goods and then ship and deliver Ashley's goods in increments valued at $200,000 per shipment.

32. From November 2007 until January 1st, 2008, Ashley took delivery and paid for its goods, in full and on time. Then in February of 2008, Ashley again approached me and requested an increase in Ashley's revolving credit line to $300,000.

33. At all relevant times, Hot Stitch alone shouldered the economic risk created by Ashley's financial difficulties. After assuming sole responsibility, without demanding security, for the capital expenditures necessary to obtain, produce and supply Ashley's purchase orders, "I was not able to get credit myself on [Ashley's] invoices." See **Exhibit C** providing my June 11, 2008 email to Ethan Shapiro. As a result, since "November [2007] I have had [$]600,000 from capital frozen" and "have been barely surviving, all due to [Ashley's] finantial [sic] situation". See my June 20, 2008 email to Ethan Shapiro, "Subject: RE: yesterday's meeting", included in **Exhibit C.**

## RECENT RELEVANT EVENTS

### Sale of Merchandise Ordered and Cancelled by Ashley Stewart

34.  Despite our agreement to extend Ashley additional credit, it became clear that Ashley was not going to purchase and pay for the ordered goods in a reasonably timely manner.  I was also concerned in light of the fact that Ashley, without offering any legitimate reason or prior notice, was beginning to outright cancel and dishonor other purchase orders it had issued to Hot Stitch for different goods.

35.  As a result of Ashley's inability to accept goods against its own Purchase Orders, Hot Stitch was forced to retain Ashley's undeliverable merchandise.  I was without any prospect of recovering the capital I had spent importing and producing the goods Ashley promised to purchase and receive.

36.  As a result of my failed agreement with Ashley, Hot Stitch, faced with the possibility of its own financial demise, was left with <u>no choice other than to try selling a portion of Ashley's ordered goods to discounters</u> such as Burlington Coat Factory ("Burlington") and Ross Department Store ("Ross's").

37.  Before shipping any goods to Ross's and Burlington, however, I gave clear instructions to my warehouses to remove all "Ashley Stewart" labels, tags and other mark designations.  Annexed hereto as **Exhibit D** is a true copy of the warehouse invoice for these services.

38.  Because the "Ashley Stewart" name was embroidered in the garment, our warehouse was unable to completely remove it, but did black it out.

## Recent Communication with Ashley Stewart

39. In early June, 2008, Ashley contacted those discounters to whom I had sold the unsold apparel goods and threatened legal action against them if they did not immediately cease selling them. I attempted to explain to Ashley Hot Stitch's severe "financial hardship" and "desperation" which had led to the sale of Ashley's cancelled goods to Burlington and Ross's so that Hot Stitch could "survive the crisis". I was open, honest and forthright with Ethan regarding the details and expressed my desire to mend any harm done to Hot Stitch's relationship with Ashley. See **Exhibit C** for a true copy of my June 20, 2008 email to Ethan Shapiro, "Subject: RE: yesterday's meeting" with the CFO, Mike Abate.

40. I repeatedly asked Ethan for a meeting so that we could "resolve this issue as businessmen" and "hopefully . . . come to an agreeable solution mutually" and even tried making a personal appeal to Ethan "from the bottom of my heart." See my collective emails in **Exhibit C.**

41. In his only reply to me, Ethan wrote that a meeting "seems a waste of time" because Ashley "will not, under any circumstances, be doing future business" with Hot Stitch. He accused me of getting "greedy" and, in response to certain things in my emails, Ethan claimed I "again and as usual misspeak." Finally, he stated that I had an "obligation to get [Ashley's] goods" back from Ross's and Burlington (which I was already doing anyway), concluding his email by threatening to "sue [Hot Stitch] for damages." A true copy of Ethan Shapiro's June 20, 2008 email to me is provided in **Exhibit C.**

42. Upon information and belief, Ashley contacted Ross's and Burlington to arrange for the goods' destruction and/or immediate return of all Ashley merchandise to Hot Stitch.

43. Upon further information and belief, both Ross's and Burlington have fully complied and returned to Hot Stitch and/or destroyed all units of unsold Ashley merchandise. Annexed hereto as **Exhibit E** is a June 17, 2008 email exchange between Hot Stitch and Burlington, providing that "approx[imately] 1,700 pairs" of "styles 4100 [and] 4101" jeans were being returned to Hot Stitch "ASAP".

44. As a result of Ashley's unreasonable and unjustified interference, however, Hot Stitch's relationships with both Ross's and Burlington have been gravely damaged.

45. At this time, Hot Stitch and I are left holding the proverbial bag, with over $185,000 in receivables for goods shipped to Ashley, for which Ashley refuses to pay, and with over 25,000 pairs of denims produced for Ashley that Ashley is unwilling or unable to purchase, and with a threat of a lawsuit by Ashley if, after taking proper actions to protect Ashley's trademark rights, I try to mitigate my damages by selling the apparel to other retailers

As a result of the events I have just conveyed, <u>Hot Stitch is in direct and immediate jeopardy of failing as a business</u>, threatening not only its members' capital, but also the jobs and livelihood of eight employees who depend on Hot Stitch for their salaries. <u>If I am not able to sell the rest of the goods and collect the money Ashley owes me, Hot Stitch will not survive.</u>  To put it colloquially, Hot Stitch is at the eleventh hour, through no fault of its own.  Ashley is threatening to "bring a lawsuit" if Hot Stitch continues its attempts to mitigate its damages and save itself from ruin.  Only an order

from this Court could clarify that which is my and Hot Stitch's lawful right: namely, to

sell off the goods it produced for Ashley in light of Ashley's financial problems, to hold

Ashley liable for any losses resulting from the sales to third parties at discounted prices,

and to get paid in full for the goods it has sold and delivered to Ashley pursuant to it

Purchase Orders, and for all such other relief that the Court deems right and proper.

*No prior application has been made to this or any other Court*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 09, 2008.

_____
Samuel Mesrie

# EXHIBIT A

## EXHIBIT A

## TABLE OF INDIVIDUAL INVOICES

1.    4/09/2008 – Inv. No. 19101 for $204.00.

2.    4/15/2008 – Inv. No. 19107 for $9,177.00;

3.    4/16/2008 – Inv. No. 19108 for $8,892.00;

4.    4/21/2008 – Inv. No. 19113 for $19,635.00;

5.    4/21/2008 – Inv. No. 19114 for $19,635.00;

6.    4/21/2008 – Inv. No. 19115 for $20,970.00;

7.    4/21/2008 – Inv. No. 19116 for $20,970.00;

8.    4/23/2008 – Inv. No. 19117 for $170.00;

9.    4/25/2008 – Inv. No. 19118 for $20,178.00;

10.    4/29/2008 – Inv. No. 19123 for $21,945.00;

11.    5/20/2008 – Inv. No. 19184 for $19,608.00;

12.    6/04/2008 – Inv. No. 19226 for $11,628.00;

13.    6/04/2008 – Inv. No. 19227 for $12,312.00.

# INVOICE

**19101**

Page 1 of 1

**HOT STITCH, LLC**
d/b/a JUST ERNIE
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| Invoice No. | 19101 |
| Invoice Date | 04/09/2008 |
| SO # | 109760 |
| Ordered Date | 01/24/2008 |
| Due Date | 04/11/2008 |
| FOB | |

**B I L L T O**
CUSTOMER ASHLEY
ASHLEY STEWART
100 METRO WAY
SECAUCUS    NJ    07094

DIV | A

**S H I P T O**
STORE: 00    DEPT:
ASHLEY STEWART
100 METRO WAY
SECAUCUS    NJ    07094
Phone (201)319-9093    Fax (201)319-9097

Customer P/O# 82965
Terms 454    NET 45 + 4%
Shipvia TRCK    TRUCKING

Factor CIT
Acct# 1627514
Auth# 0982129

| # | Style | Color | | | | | Season Group | | | | | Total Qty. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4108 | | BLU/BLK | 4 | 4 | 6 | 4 | 4 | 2 | 2 | | 24 | | $8.50 | $204.00 |
| 1 | | | | | | | | | | | 24 | | | |

R1 ERN
e2 ERNIE
e2
Currency

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

Total Pieces:    24

Boxes:    1
Weight:    23

Item SubTotal:    $204.00
Misc:    $0.00
Freight: TRUCKING    $0.00
Payment:    $0.00    Invoice Total:    $204.00
Balance Due:    $204.00

This Invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc., P.O. Box 1036, Charlotte, NC 28201-1036, to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

1627514

*Handwritten notes:*

NOTE:

This Invoice S/B
Payable to: HOT STITCH, LLC
Attn: MIKE ABATE

TAXED
4/15/08

TOTAL $185,000 00

# INVOICE

**19107**

Page 1 of 1

**HOT STITCH, LLC**
**d/b/a JUST ERNIE**
**1407 Broadway, Suite 1208**
**New York, NY 10018**
(212)921-2720  fax(212)221-3480

| B I L L T O | CUSTOMER ASHLEY | | DIV A |
|---|---|---|---|
| | ASHLEY STEWART | | |
| | 100 METRO WAY | | |
| | SECAUCUS | NJ | 07094 |

| S H I P T O | STORE 00 | DEPT |
|---|---|---|
| | ASHLEY STEWART-E-Commerce | |
| | 100 METRO WAY | |
| | SECAUCUS | NJ | 07094 |

Phone (201)319-9093    Fax (201)319-9097

Customer P/O# 721
Terms 454    NET 45 + 4%
Shipvia TRCK    TRUCKING

Factor CIT
Acct# 1627514
Auth#

Currency

Invoice No. 19107
Invoice Date 04/15/2008
SO # 109845
Ordered Date 04/03/2008
Due Date 04/15/2008
FOB

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | Total QTY | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4100 PET | BLK | | | 12 | 24 | 60 | 60 | 36 | | | | 192 | $9.50 | $1,824.00 |
| 2 | 4100 AVG | BLK | | | 12 | 30 | 120 | 120 | 96 | 84 | 48 | 12 | 522 | $9.50 | $4,959.00 |
| 3 | 4100 TALL | BLK | | | | 24 | 60 | 60 | 48 | 36 | 24 | | 252 | $9.50 | $2,394.00 |

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

Total Pieces: 966

Boxes: 46
Weight: 1304

Item SubTotal: $9,177.00
Misc.: $0.00
Freight: TRUCKING $0.00
Payment: $0.00    Invoice Total: **$9,177.00**
Balance Due: $9,177.00

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036    to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19108**

Page 1 of 1

**HOT STITCH, LLC**
**d/b/a JUST ERNIE**
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720   fax(212)221-3480

| | |
|---|---|
| Invoice No. | 19108 |
| Invoice Date | 04/16/2008 |
| SO # | 109844 |
| Ordered Date | 04/03/2008 |
| Due Date | 04/16/2008 |
| FOB | |

**B I L L T O**   CUSTOMER ASHLEY         DIV A
ASHLEY STEWART
100 METRO WAY
SECAUCUS        NJ    07094

Customer P/O# 722
Terms 454   NET 45 + 4%
Shipvia TRCK   TRUCKING
M e m o   E-Commerce

**S H I P T O**   STORE:00    DEPT:
ASHLEY STEWART-E-Commerce
100 METRO WAY
SECAUCUS        NJ    07094
Phone (201)319-9093    Fax (201)319-9097

Factor CIT
Acct# 1627514
Auth#

R1 ERN    e 2    p  Currency  ERNIE

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | Total Qty | PiecePrice | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4101 PET | BLU/BLK | | | 12 | 12 | 36 | 36 | 36 | 24 | 24 | 12 | 132 | $9.50 | $1,254.00 |
| 2 | 4101 AVG | BLU/BLK | | 12 | 60 | 60 | 120 | 120 | 96 | 84 | 48 | 12 | 552 | $9.50 | $5,244.00 |
| 3 | 4101 TALL | BLU/BLK | | | 24 | 24 | 60 | 60 | 48 | 36 | 24 | | 252 | $9.50 | $2,394.00 |

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.
1627514

Total Pieces:   936

Boxes:   44
Weight:   1404

| | |
|---|---|
| Item SubTotal: | $8,892.00 |
| Misc: | $0.00 |
| Freight: TRUCKING | $0.00 |
| Invoice Total: | **$8,892.00** |
| Payment:   $0.00   Balance Due: | $8,892.00 |

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036   to whom notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19113**

Page 1 of 1

## HOT STITCH, LLC
### d/b/a JUST ERNIE
**1407 Broadway, Suite 1208**
**New York, NY 10018**
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| **CUSTOMER** ASHLEY | **DIV** A |

**B L L T O**
ASHLEY STEWART
100 METRO WAY
SECAUCUS      NJ    07094

**S H I P T O**  **STORE:** 00   **DEPT:**
ASHLEY STEWART
100 METRO WAY
SECAUCUS      NJ    07094

Phone (201)319-9093     Fax (201)319-9097

| Invoice No. | 19113 |
|---|---|
| Invoice Date | 04/21/2008 |
| SO # | 109670 |
| Ordered Date | 11/21/2007 |
| Due Date | 04/25/2008 |
| FOB | |

Customer P/O# 62324
Terms 454   NET 45 + 4%
Shipvia TRCK   TRUCKING

Factor CIT
Acct# 1627514
Auth#

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | Total QTY | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4108 | BLK | | | 462 | 693 | 462 | 231 | 231 | 231 | 231 | 2310 | $8.50 | $19,635.00 |




SHIP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

Total Pieces:  2310

Boxes:  116
Weight:  2668

| | | |
|---|---|---|
| Item SubTotal: | | $19,635.00 |
| Misc: | | $0.00 |
| Freight: | TRUCKING | $0.00 |
| Payment: | $0.00   Invoice Total: | **$19,635.00** |
| | **Balance Due:** | $19,635.00 |

1627514

NOTE:
THIS INVOICE S/B
Payable to: HOT STITCH, LLC
Attn: Mike ABATE



This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc., P.O. Box 1036, Charlotte, NC 28201-1036    to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE    19114

Page 1 of 1

**HOT STITCH, LLC**
**d/b/a JUST ERNIE**
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

| S H I T O | STORE: 00 | DEPT: |
|---|---|---|
| | ASHLEY STEWART | |
| | 100 METRO WAY | |
| | SECAUCUS    NJ    07094 | |

Phone (201)319-9093    Fax (201)319-9097

| B L L T O | CUSTOMER | ASHLEY | DIV | A |
|---|---|---|---|---|
| | ASHLEY STEWART | | | |
| | 100 METRO WAY | | | |
| | SECAUCUS    NJ    07094 | | | |

| Invoice No. | 19114 |
|---|---|
| Invoice Date | 04/21/2008 |
| SO # | 109666 |
| Ordered Date | 11/30/2007 |
| Due Date | 04/25/2008 |
| FOB | |

Customer P/O# 62325

Terms 454    NET 45 + 4%

Shipvia TRCK    TRUCKING

Factor CIT
Acct# 1627514
Auth#

| R1 | ERN | ERNIE |
|---|---|---|
| e2 | | |

Currency

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | Total Qty | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4108 | BLK | | | 462 | 693 | 462 | 231 | 231 | 231 | | 2310 | $8.50 | $19,635.00 |

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

Total Pieces:    2310

Boxes:    116
Weight:    2668

| | |
|---|---|
| Item SubTotal: | $19,635.00 |
| Misc: | $0.00 |
| Freight: TRUCKING | $0.00 |
| Invoice Total: | $19,635.00 |
| Payment: $0.00    Balance Due: | $19,635.00 |

NOTE:
THis INVOICE S/B
Payable to: HOT STITCH, LLC
Attn: Mike ABATE

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036    to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19115**

Page 1 of 1

**HOT STITCH, LLC**
d/b/a JUST ERNIE
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| CUSTOMER | ASHLEY | DIV | A |

B L L T O: ASHLEY STEWART
100 METRO WAY
SECAUCUS  NJ  07094

S H P T O: ASHLEY STEWART
100 METRO WAY
SECAUCUS  NJ  07094

STORE: 00   DEPT:

Phone (201)319-9093   Fax (201)319-9097

| | |
|---|---|
| Invoice No. | 19115 |
| Invoice Date | 04/21/2008 |
| SO # | 109646 |
| Ordered Date | 11/21/2007 |
| Due Date | 04/25/2008 |
| FOB | |

Customer P/O# 62321
Terms 454   NET 45 + 4%
Shipvia TRCK   TRUCKING

Factor CIT
Acct# 1627514
Auth#

| # Style | Color | Season Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | Total QTY | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4102 | BLK | | 466 | 699 | 466 | 466 | 233 | 233 | 233 | 2330 | $9.00 | $20,970.00 |
| 1 | | | | | | | | | | | | |

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

Total Pieces: 2330

Boxes: 117
Weight: 2457

Item SubTotal: $20,970.00
Misc: $0.00
Freight: TRUCKING  $0.00
Payment: $0.00  Invoice Total: **$20,970.00**
Balance Due: $20,970.00

FAXED 4/21/08

NOTE:
THiS INVOICE S/B
Payable to: HOT STiTCH, LLC
ATTN: Mike ABATE

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036, to whom notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19116**

Page 1 of 1

**HOT STITCH, LLC**
**d/b/a JUST ERNIE**
**1407 Broadway, Suite 1208**
**New York, NY 10018**
(212)921-2720  fax(212)221-3480

| | | DIV | A |
|---|---|---|---|

**B CUSTOMER** ASHLEY

| S H P T O | ASHLEY STEWART 100 METRO WAY |
|---|---|

| B L L T O | ASHLEY STEWART 100 METRO WAY |
|---|---|

SECAUCUS    NJ    07094

**STORE:** 00    **DEPT:**

SECAUCUS    NJ    07094

Phone (201)319-9093    Fax (201)319-9097

Invoice No. 19116
Invoice Date 04/21/2008
SO # 109669
Ordered Date 11/21/2007
Due Date 04/25/2008
FOB

Customer P/O# 62322
Terms 454    NET 45 + 4%
Shipvia TRCK    TRUCKING

Factor CIT
Acct# 1627514
Auth#

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | Total Qty | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4102 | BLK | | | 466 | 699 | 466 | 466 | 233 | 233 | 233 | 2330 | $9.00 | $20,970.00 |

1627514

Total Pieces: 2330

Boxes:   117
Weight:  2691

| | | |
|---|---|---|
| Item SubTotal: | | $20,970.00 |
| Misc: | | $0.00 |
| Freight: TRUCKING | | $0.00 |
| Payment: | $0.00    Invoice Total: | $20,970.00 |
| | Balance Due: | $20,970.00 |

NOTE:
This Invoice s/B
Payable to: Hot Stitch, LLC
ATTn: Mike AbAte

FAXED

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036 to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

19117

Page 1 of 1

HUT STITCH, LLC
d/b/a JUST ERNIE
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

**B/I/L/L/T/O**  CUSTOMER ASHLEY    DIV  A

ASHLEY STEWART
100 METRO WAY

SECAUCUS    NJ    07094

**S/H/I/P/T/O**  STORE: 00    DEPT:

ASHLEY STEWART
100 METRO WAY

SECAUCUS    NJ    07094

Phone (201)319-9093    Fax (201)319-9097

| Invoice No. | 19117 |
| Invoice Date | 04/23/2008 |
| SO # | 109857 |
| Ordered Date | 04/14/2008 |
| Due Date | 04/25/2008 |
| FOB | |

Customer P/O# 62967

Terms 454    NET 45 + 4%
Shipvia TRCK    TRUCKING

Factor CIT

Acct# 1627514

Auth#

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | Total Qty | Piece Price | Ext Price |
|---|-------|-------|--------|-------|----|----|----|----|----|----|----|-----------|-------------|-----------|
| 1 | 4108 | BLU/BLK | | | 4 | 6 | 4 | 2 | 2 | 2 | | 20 | $8.50 | $170.00 |

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

Total Pieces:    20

Boxes:    1
Weight:    22

Item SubTotal:    $170.00
Misc:    $0.00
Freight: TRUCKING    $0.00
Invoice Total:    $170.00

Payment:    $0.00    Balance Due:    $170.00



Currency

Memo

NOTE:
This invoice s/b
Payable to: Hot Stitch, LLC

Attn: Mike Abate

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc., P.O. Box 1036, Charlotte, NC 28201-1036, to whom notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19118**

Page 1 of 1

**HOT STITCH, LLC**
**d/b/a JUST ERNIE**
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

| Invoice No. | 19118 |
|---|---|
| Invoice Date | 04/25/2008 |
| SO # | 109429 |
| Ordered Date | 10/02/2007 |
| Due Date | 04/25/2008 |
| FOB | |

**CUSTOMER** ASHLEY    **DIV** A

B/L/L/T/O
ASHLEY STEWART
100 METRO WAY
SECAUCUS    NJ    07094

Customer P/O# 61814
Terms 454  NET 45 + 4%
Shipvia TRCK  TRUCKING

**SHIP TO:**
ASHLEY STEWART
100 METRO WAY
SECAUCUS    NJ    07094
Phone (201)319-9093    Fax (201)319-9097

Factor CIT
Acct# 1627514
Auth#

Currency

| # Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 25 | Total QTY | PiecePrice | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4101 AVG | BLU/BLK | | | 96 | 240 | 600 | 480 | 120 | 72 | 60 | | 1668 | $9.50 | $15,846.00 |
| 1 | | | | | | | | | | | | | | |
| 4101 TALL | BLU/BLK | | | 60 | 96 | 120 | 84 | 48 | 48 | | | 456 | $9.50 | $4,332.00 |

Total Pieces: 2124

Boxes: 89
Weight: 3115

SHIP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

| | |
|---|---|
| Item SubTotal: | $20,178.00 |
| Misc: | $0.00 |
| Freight: TRUCKING | $0.00 |
| Payment: $0.00  Invoice Total: | $20,178.00 |
| Balance Due: | $20,178.00 |

*Please Note This Invoice is Payable to Hot Stitch LLC. Attn: Mike Abate*

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc., P.O. Box 1036, Charlotte, NC 28201-1036 to whom notice must be given of any merchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# iNVOICE

**19123**

Page 1 of 1

**HOT STITCH, LLC**
**d/b/a JUST ERNIE**
**1407 Broadway, Suite 1208**
**New York, NY 10018**
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| **B I L L T O** | **CUSTOMER** ASHLEY  **DIV** A |
| | ASHLEY STEWART |
| | 100 METRO WAY |
| | SECAUCUS      NJ   07094 |

| | |
|---|---|
| **S H I P T O** | **STORE:** 00     **DEPT:** |
| | ASHLEY STEWART |
| | 100 METRO WAY |
| | SECAUCUS      NJ   07094 |

Phone (201)319-9093     Fax (201)319-9097

Invoice No. 19123
Invoice Date 04/29/2008
SO # 109427
Ordered Date 10/02/2007
Due Date 04/30/2008

FOB

Customer P/O# 61815
Terms 454     NET 45 + 4%
Shipvia TRCK     TRUCKING

Factor CIT
Acct# 1627514
Auth#

| # | Style | Color | Season | Group | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | Total Qty | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4100 AVG | BLK | | M e m o | | 330 | 550 | 660 | 330 | 220 | 110 | 110 | | 2310 | $9.50 | $21,945.00 |
| | | | | | | | | | | | | R1 | ERN | ERNIE | | |
| | | | | | | | | | | | | e | 2 | | | |
| | | | | | | | | | | | | | Currency | | | |

Total Pieces:     2310

Boxes:     110
Weight:     4180

| | | |
|---|---|---|
| Item SubTotal: | | $21,945.00 |
| | Misc: | $0.00 |
| | Freight: TRUCKING | $0.00 |
| Payment: | $0.00   Invoice Total: | $21,945.00 |
| | **Balance Due:** | **$21,945.00** |

SHIP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

NOTE:
THIS INVOICE IS:
PAYAble to: HOT STITCH LLC.
Attn: MIke ABATE

#42,123
due 10/2/15

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036 to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19184**

Page 1 of 1

## HOT STITCH, LLC
### d/b/a JUST ERNIE
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| Invoice No. | 19184 |
| Invoice Date | 05/20/2008 |
| SO # | 109949 |
| Ordered Date | 05/16/2008 |
| Due Date | 05/21/2008 |
| FOB | |

**B I L L T O**
CUSTOMER ASHLEY   DIV A
ASHLEY STEWART
100 METRO WAY
SECAUCUS        NJ   07094

Customer P/O# 61814
Terms 454   NET 45 + 4%
Shipvia TRCK   TRUCKING
Memo

**S H I P T O**
STORE: 00   DEPT:
ASHLEY STEWART
100 METRO WAY
SECAUCUS        NJ   07094
Phone (201)319-9093   Fax (201)319-9097

Factor CIT
Acct# 1627514
Auth#

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | R 1 e 2 p | ERN ERNIE | Total QTY | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4101 AVG | BLU/BLK | | | 120 | 288 | 264 | 240 | 240 | 48 | 96 | | | | 1056 | $9.50 | $10,032.00 |
| 2 | 4101 TALL | BLU/BLK | | | 120 | 240 | 288 | 144 | 120 | 96 | | | | | 1008 | $9.50 | $9,576.00 |

Currency

Total Pieces: 2064

Boxes: 86
Weight: 3010

| | | |
|---|---|---|
| Item SubTotal: | | $19,608.00 |
| Misc: | | $0.00 |
| Freight: TRUCKING | | $0.00 |
| | Invoice Total: | **$19,608.00** |
| Payment: | $0.00   Balance Due: | $19,608.00 |

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.
1627514

This invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc., P.O. Box 1036, Charlotte, NC 28201-1036.  to whom notice must be given of
anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# INVOICE

**19226**

Page 1 of 1

**HOT STITCH, LLC**
d/b/a JUST ERNIE
**1407 Broadway, Suite 1208**
New York, NY 10018
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| Invoice No. | 19226 |
| Invoice Date | 06/04/2008 |
| SO # | 109981 |
| Ordered Date | 05/28/2008 |
| Due Date | 06/04/2008 |
| FOB | |

**B/L/T/O** CUSTOMER ASHLEY    DIV A
ASHLEY STEWART
100 METRO WAY
SECAUCUS          NJ     07094

**S/H/I/P/T/O** STORE: 00          DEPT:
ASHLEY STEWART
100 METRO WAY
SECAUCUS          NJ     07094

Phone (201)319-9093          Fax (201)319-9097

Customer P/O# 64670
Terms 454   NET 45 + 4%
Shipvia TRCK   TRUCKING

Factor CIT
Acct# 1627514
Auth#

Currency



| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | Total QTY | Piece Price | Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4100 AVG | BLK | | | 120 | 120 | 120 | 120 | 120 | 120 | 96 | 72 | 768 | $9.50 | $7,296.00 |
| 2 | 4100 TALL | BLK | | | 60 | 72 | 96 | 96 | 96 | 72 | 60 | | 456 | $9.50 | $4,332.00 |

R1 ERN ERN
e 2 e
p

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

Total Pieces: 1224

Boxes: 52
Weight: 1768

| | | |
|---|---|---|
| Item SubTotal: | | $11,628.00 |
| Misc: | | $0.00 |
| Freight: TRUCKING | | $0.00 |
| Payment: | $0.00 | |
| Invoice Total: | | **$11,628.00** |
| **Balance Due:** | | **$11,628.00** |

This Invoice is assigned to, owned by, and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036
anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.
to whom notice must be given of

# INVOICE

**19227**

Page 1 of 1

## HOT STITCH, LLC
### d/b/a JUST ERNIE
1407 Broadway, Suite 1208
New York, NY 10018
(212)921-2720  fax(212)221-3480

| | |
|---|---|
| Invoice No. | 19227 |
| Invoice Date | 06/04/2008 |
| SO # | 109984 |
| Ordered Date | 05/28/2008 |
| Due Date | 06/04/2008 |
| FOB | |

| | | DIV | A |
|---|---|---|---|

**B L L T O:** CUSTOMER ASHLEY
ASHLEY STEWART
100 METRO WAY
SECAUCUS      NJ    07094

**S H P T O:** STORE: 00      DEPT:
ASHLEY STEWART
100 METRO WAY
SECAUCUS      NJ    07094

Phone (201)319-9093      Fax (201)319-9097

| Customer P/O# | 64671 |
|---|---|
| Terms | 454   NET 45 + 4% |
| Shipvia | TRCK   TRUCKING |

Memo

| Factor | CIT |
|---|---|
| Acct# | 1627514 |
| Auth# | |

| # | Style | Color | Season | Group | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | Total QTY | Piece Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4101 AVG | BLU/BLK | | | 120 | 120 | 120 | 120 | 120 | 120 | 96 | 120 | 816 | $9.50 | $7,752.00 |
| 2 | 4101 TALL | BLU/BLK | | | 240 | 120 | 120 | | | | | | 480 | $9.50 | $4,560.00 |

R1 ERN
e 2 RD

Currency

SHP DIRECTLY TO WAREHOUSE N CALL FOR APPT.

1627514

Total Pieces: 1296

Boxes: 54
Weight: 1836

| | |
|---|---|
| Item SubTotal: | $12,312.00 |
| Misc: | $0.00 |
| Freight: TRUCKING | $0.00 |
| Payment:   $0.00   Invoice Total: | $12,312.00 |
| Balance Due: | $12,312.00 |

This invoice is assigned to, owned by and payable only to: The CIT Group/Commercial Services, Inc. P.O. Box 1036, Charlotte, NC 28201-1036, to whom notice must be given of anymerchandise returns or claims. Payment made to any other party does not constitute valid payment of the invoice.

# EXHIBIT B

## STOCK BOUGHT BY ASHLEY AND UNDELIVERED

| PO# | Style# | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | Total: | |
|-----|--------|----|----|----|----|----|----|----|----|--------|---|
| 62451 | 4100P | 219 | 453 | 537 | 536 | 323 | | | | 2068 | |
| 62451 | 4100 Avg | 465 | 443 | 960 | 960 | 504 | 271 | 216 | 156 | 3975 | BLK |
| 61815 | 4100 Avg | 750 | 420 | 700 | 840 | 420 | 280 | 140 | 140 | 3690 | |
| 62451 | 4100 Tall | | 390 | 468 | 531 | 449 | 489 | 396 | 360 | 3083 | |
| | | | | | | | | | | | |
| 61814 | 4101P | 240 | 360 | 360 | 360 | 240 | | | | 1560 | |
| 61814 | 4101 Avg | 359 | 391 | 710 | 710 | 560 | 391 | 359 | 120 | 3600 | |
| 61814 | 4101 Tall | | 120 | 240 | 312 | 336 | 240 | 144 | | 1392 | BLU/ BLK |
| 61966 | 4101P | 432 | 432 | 648 | 432 | 216 | | | | 2160 | |
| 61966 | 4101Avg | 432 | 528 | 744 | 528 | 528 | 96 | 120 | 96 | 3072 | |
| 61966 | 4101Tall | | 432 | 408 | 528 | 312 | 216 | 216 | | 2112 | |

26712 UNIT

Multiply by 9.50     $     253,764.00

*Ashley Stewart* LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

**PURCHASE ORDER**

☐ ORIGINAL ORDER

☐ CONFIRMING ORDER
   DO NOT DUPLICATE

PURCHASE ORDER NO.  041814

**VENDOR:**
HOT STITCH LLC DBA JUST E
1457 BROADWAY SUITE 120B
NEW YORK NY 10018

1. This purchase order number must appear on:
   a. All documents
   b. Each individual carton
   c. Bill of lading
   Refer to our Routing & Shipping Guide for all Ashley Stewart requirements.
2. This purchase order is an agreement to pay any and all charges related to your failure to comply with requirements listed in the Ashley Steward Routing & Shipping Guide.
3. Packing slip must be enclosed with all shipments.
4. This purchase order is expressly conditioned upon the acceptance by vendor of this terms and conditions that appear on the face and on the reverse side hereof.
5. Production sample must be submitted for approval prior to delivery free of charge.

PATCHLESS SHIP FLAT NO HANGR SOLID SIZE CASE PACKS

| VENDOR NO | DATE OF ORDER | VENDOR STYLE NO | | CODE | COLOR | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | QTY | UNIT COST | TOTAL RETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28882 | 10/03/07 | 4101 AVG22 BLU/BLK | | 40BLUE/BLK | CHINA-RAM CTN/POLY | 0 | 0 | 0 | 0 | 480 | 0 | 0 | 0 | 0 | 0 | 0 | | 480 | 9.50 | 29.00 |
| | | 4101 AVG24 BLU/BLK | | 40BLUE/BLK | CHINA-RAM CTN/POLY | 0 | 0 | 0 | 0 | 0 | 0 | 360 | 0 | 0 | 0 | 0 | | 360 | 9.50 | 29.00 |
| | | 4101 AVG26 BLU/BLK | | 40BLUE/BLK | CHINA-RAM CTN/POLY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 | 0 | 0 | 0 | | 120 | 9.50 | 29.00 |
| | | 4101 TALL14 BLU/BLK | | 40BLUE/BLK | CHINA-RAM CTN/POLY | 0 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 240 | 9.50 | 29.00 |
| | | 4101 TALL16 BLU/BLK | | 40BLUE/BLK | CHINA-RAM CTN/POLY | 0 | 0 | 480 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 480 | 9.50 | 29.00 |

MERCHANDISE MANAGER SIGNATURE

ASHLEY SECURITIES ORDER

**PURCHASE ORDER**

☐ ORIGINAL ORDER

☐ CONFIRMING ORDER
DO NOT DUPLICATE

PURCHASE ORDER NO. 061814

*Ashley Stewart* LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

FOR:
HOT STITCH LLC DBA JUST E
1407 BROADWAY SUITE 120B
NEW YORK NY 10018

1. This purchase order number must appear on:
   a. All documents
   b. Each individual carton
   c. Bill of lading
   Refer to our Routing & Shipping Guide for all Ashley Stewart requirements.
2. This purchase order is your agreement to pay any and all charges related to your failure to comply with all requirements listed in the Ashley Stewart Routing & Shipping Guide. Packing slip must be enclosed with all shipments.
3. This purchase order is expressly conditioned upon the acceptance by vendor of the terms and conditions that appear on the face and on the reverse side hereof.
4. Production sample must be submitted for approval prior to delivery free of charge.

P/T-A-BLR: SHIP FLAT NO HNGR. EA.ID SIZE QTY PACKS

| RE-ORDER I.D. | DATE OF ORDER | VENDOR STYLE NO | DEPT CLASS | STYLE I.D. | BOARD DELIVER BEFORE | CANCEL IF P/O RECEIVED BY | COLOR | CODE | 12 | 14 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | QTY | UNIT COST | UNIT RETAIL | TOTAL RETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28B02 | 10/03/07 | | | | 01/07/08 | 01/09/08 | | | | | | | | | | | | | | | | 100BM | 4.00% | 40.00% | |
| 1033315 4847 | | 4101 AVG22 BLU/BLK | | | | | 40BLUE/BLK | | 0 | 0 | 0 | 0 | 0 | 0 | 480 | 0 | 0 | 0 | 0 | 0 | 0 | 480 | 9.50 | 29.00 | 57 |
| BLU/BLK AVG22 | | NEW 5PKT | | | | | JEAN | CHINA-RAM/CTN/POLY | | | | | | | | | | | | | | | | | |
| 2033315 4898 | | 4101 AVG24 BLU/BLK | | | | | 40BLUE/BLK | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 360 | 0 | 0 | 0 | 0 | 0 | 360 | 9.50 | 29.00 | 57 |
| BLU/BLK AVG24 | | NEW 5PKT | | | | | JEAN | CHINA-RAM/CTN/POLY | | | | | | | | | | | | | | | | | |
| 3033315 4899 | | 4101 AVG26 BLU/BLK | | | | | 40BLUE/BLK | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 | 0 | 0 | 0 | 0 | 120 | 9.50 | 29.00 | 57 |
| BLU/BLK AVG26 | | NEW 5PKT | | | | | JEAN | CHINA-RAM/CTN/POLY | | | | | | | | | | | | | | | | | |
| 4033315 3901 | | 4101 TALL14 BLU/BLK | | | | | 40BLUE/BLK | | 0 | 240 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 240 | 9.50 | 29.00 | 57 |
| BLU/BLK TALL14 | | NEW 5PKT | | | | | JEAN | CHINA-RAM/CTN/POLY | | | | | | | | | | | | | | | | | |
| 5033315 3902 | | 4101 TALL16 BLU/BLK | | | | | 40BLUE/BLK | | 0 | 0 | 480 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 480 | 9.50 | 29.00 | 57 |
| BLU/BLK TALL16 | | NEW 5PKT | | | | | JEAN | CHINA-RAM/CTN/POLY | | | | | | | | | | | | | | | | | |

MERCHANDISE MANAGER SIGNATURE

ASHLEY STEWART LTD. BUYER

# Ashley Stewart LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

**VENDOR:**

HOT STITCH LLC DBA JUST E
1407 BROADWAY SUITE 1206
NEW YORK NY 10018

**PURCHASE ORDER**

☐ ORIGINAL ORDER

☐ CONFIRMING ORDER
   DO NOT DUPLICATE

**PURCHASE ORDER NO.**

1. This purchase order number must appear on:
   a. All documents
   b. Each individual carton
   c. Bill of lading
   Refer to our Routing & Shipping Guide for all Ashley Stewart requirements.
2. This purchase order is your agreement to pay any and all charges related to your failure to comply with all requirements listed in the Ashley Stewart Routing & Shipping Guide.
3. Packing slip must be enclosed with all shipments.
4. This purchase order is expressly conditioned upon the acceptance by vendor of the terms and conditions that appear on the face and on the reverse side hereof.
5. Production sample must be submitted for approval prior to delivery free of charge.

| VENDOR NO. | DATE OF ORDER | DO NOT DELIVER BEFORE | CANCEL IF NOT RECEIVED BY | VENDOR STYLE NO. | CODE | COLOR | | | | | | SIZE BREAKDOWN | | | | | FOB POINT | | QTY | UNIT COST | TERMS | UNIT RETAIL | TOTAL RETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/03/07 | 01/07/08 | 01/09/08 | 4100 AVG22 BLK AVG22 NEW SPKT JEAN | 01 BLACK | CHINA-RAM CT/POLY | | | | | | | | | 04 | | | | 90 | 9.50 | 0.00 + 3.00 Z | 29.00 | |
| | 10/03/07 | 01/07/08 | 01/09/08 | 4100 AVG24 BLK AVG24 NEW SPKT JEAN | 01 BLACK | CHINA-RAM CT/POLY | | | | | | | | | 0 | | | | 230 | 9.50 | | 29.00 | |
| | 10/03/07 | 01/07/08 | 01/09/08 | 4100 AVG26 BLK AVG26 NEW SPKT JEAN | 01 BLACK | CHINA-RAM CT/POLY | | | | | | | | | 0 | | | | 45 | 9.50 | | 29.00 | |

| MERCHANDISE MANAGER SIGNATURE | ASHLEY STEWART LTD BUYER | TOTAL COST | TOTAL UNITS | OPEN TO BUY DATE | DISTRIBUTION CENTER |
|---|---|---|---|---|---|

*Ashley Stewart* LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

**PURCHASE ORDER**
☐ ORIGINAL ORDER
☐ CONFIRMING ORDER / DO NOT DUPLICATE

**VENDOR:**
HOT STITCH LLC DBA JUST E
1407 BROADWAY SUITE 1208
NEW YORK, NY 10018

**PURCHASE ORDER NO.** 061315
MODIFIED ORDER BY SIZES

This purchase order number must appear on:
a. All documents
b. Each individual carton
c. Bill of lading
d. Refer to our Routing & Shipping Guide for all Ashley Stewart requirements.

| DEPT CLASS | VENDOR NO. | DATE OF ORDER | VENDOR/STYLE NO. | STYLE NO. | CODE | COLOR | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | QTY | UNIT COST | UNIT RETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01052 | 32652 | 10/03/07 | 4100 AVG12 BLK | 4912 | 01 | BLACK CHINA-RAM CTN/POLY | 750 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 750 | 9.50 | 29.00 |
| 02032 | 32652 | | 4100 AVG14 BLK | 4913 | 01 | BLACK CHINA-RAM CTN/POLY | 750 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 750 | 9.50 | 29.00 |
| 03032 | 32652 | | 4100 AVG16 BLK | 4914 | 01 | BLACK CHINA-RAM CTN/POLY | 1250 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 1250 | 9.50 | 29.00 |
| 04033 | 32652 | | 4100 AVG18 BLK | 4915 | 01 | BLACK CHINA-RAM CTN/POLY | 1500 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 1500 | 9.50 | 29.00 |
| 05033 | 32652 | | 4100 AVG20 BLK | 4916 | 01 | BLACK CHINA-RAM CTN/POLY | 750 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 750 | 9.50 | 29.00 |

DO NOT DELIVER BEFORE 01/09/08  CANCEL IF NOT RECEIVED BY 01/09/08

SHIP VIA

FOR POINT

TERMS  4.00% 30 $ 0.00 + 0.00

PO AVAILABLE BRIB FLAT NO HNGR 24PC RET BY SIZES

SIZE BREAKDOWN

ASHLEY STEWART LTD BUYER
MERCHANDISE MANAGER SIGNATURE

TOTAL COST    TOTAL UNITS    OPEN TO BUY DATE    TOTAL RETAIL

DISTRIBUTION CENTER

# Ashley Stewart LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

**VENDOR:**

HOT STITCH LLC DBA JUST E
1407 BROADWAY SUITE 1208
NEW YORK, NY 10018

**PURCHASE ORDER**
ORIGINAL ORDER ☐

**CONFIRMING ORDER**
DO NOT DUPLICATE ☐

**PURCHASE ORDER NO.** 0619660
REPRINT

1. This purchase order number must appear on:
   a. All documents
   b. Each individual carton
   c. Bill of lading
   Refer to our Routing & Shipping Guide for all Ashley Stewart requirements.
2. This purchase order is your agreement to pay any and all charges related to your failure to comply with all requirements listed in the Ashley Stewart Routing & Shipping Guide.
3. Packing slip must be enclosed with all shipments.
4. This purchase order is expressly conditioned upon the acceptance by vendor of the terms and conditions that appear on the face and on the reverse side hereof.
5. Production sample must be submitted for approval prior to delivery free of charge.

CICO,P/T,ASLABELS,SHP FLAT,NDHNGR 10P/18A/12T

PAGE 1

| SIZE BREAKDOWN | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 |
| 9101 PET12 BLU/BLK | JEAN CHINA-RAM CTN/POLY | 40BLUE/BLK | | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9101 PET14 BLU/BLK | JEAN CHINA-RAM CTN/POLY | 40BLUE/BLK | | 0 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9101 PET16 BLU/BLK | JEAN CHINA-RAM CTN/POLY | 40BLUE/BLK | | 0 | 0 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9101 PET18 BLU/BLK | JEAN CHINA-RAM CTN/POLY | 40BLUE/BLK | | 0 | 0 | 0 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9101 PET20 BLU/BLK | JEAN CHINA-RAM CTN/POLY | 40BLUE/BLK | | 0 | 0 | 0 | 0 | 220 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| VENDOR NO. | DATE OF ORDER | ORDER RECEIVED DATE | CANCEL DATE | | QTY | UNIT COST | LINE | UNIT RETAIL | TOTAL RETAIL |
|---|---|---|---|---|---|---|---|---|---|
| 28628 | 10/03/07 | 01/07/08 | 01/09/08 | | 440 | 9.50 | 4.00% 10BDM+10 $ 0.00 + 0.00 % | 29.00 .67 | |
| | | | | | 440 | 9.50 | | 29.00 .67 | |
| | | | | | 440 | 9.50 | | 29.00 .67 | |
| | | | | | 440 | 9.50 | | 29.00 .67 | |
| | | | | | 220 | 9.50 | | 29.00 .67 | |

TOTAL DOZENS
TOTAL COST
TOTAL RETAIL

STORE
DISTRIBUTION CENTER

MERCHANDISE
ANGELA SMITH
10/15/2007 09:54
120131966 41

PAGE 01/09

**Ashley Stewart** LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

**VENDOR:**

HOT STITCH LLC DBA JUST E
1407 BROADWAY SUITE 1208
NEW YORK, NY 10018

**PURCHASE ORDER**
☐ ORIGINAL ORDER

**CONFIRMING ORDER**
☐ DO NOT DUPLICATE

**PURCHASE ORDER NO.**   0619668
REPRINT

1. This purchase order number must appear on:
   a. All documents
   b. Each individual carton
   c. Bill of lading
   Refer to our Routing & Shipping Guide for all charges related to your failure to comply with all requirements listed in the Ashley Stewart Routing & Shipping Guide.
2. This purchase order is your agreement to pay any and all Ashley Stewart requirements.
3. Packing slip must be enclosed with all shipments.
4. This purchase order is expressly conditioned upon its acceptance by vendor of the terms and conditions that appear on the face and on the reverse side hereof.
5. Production sample must be submitted for approval prior to delivery free of charge.
6. C1CD.P/1,ASLABELS.SHP FLAT NO-HNGR 10P/1EA/12T

| VENDOR NO. | DATE OF ORDER | STYLE/STYLE NO. | TERMS/TERMS NO. | COLOR | DESCRIPTION DELIVERY/DESTINE | CANCEL/READY COMPLETE BY | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | TOTAL/UNITS | DISP-POOL | TOTAL/DOZ | UNIT COST | OUR/STORE RETAIL | TOTAL/COST | OUR/STORE RETAIL | OWN RETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2826 | 10/03/07 | | 01/09/08 | | 01/09/08 | 01/09/08 | | | | | | | | | | | | | 4.00% | | | $ 0.00 % | | 0.00 % | |
| 7G33150892 | J/BLK AVG12 | 4101 AVG12 BLU/BLK NEW 5PKT | 40BLUE/BLK JEAN | CHINA-RAM CTN/POLY | | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 440 | | | 9.50 | 29.40 67 | | 29.40 67 | |
| 7G33150893 | J/BLK AVG14 | 4101 AVG14 BLU/BLK NEW 5PKT | 40BLUE/BLK JEAN | CHINA-RAM CTN/POLY | | 0 | 660 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 660 | | | 9.50 | 29.40 67 | | 29.40 67 | |
| 7G33150894 | J/BLK AVG16 | 4101 AVG16 BLU/BLK NEW 5PKT | 40BLUE/BLK JEAN | CHINA-RAM CTN/POLY | | 0 | 0 | 880 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 880 | | | 9.50 | 29.40 67 | | 29.40 67 | |
| 7G33150895 | J/BLK AVG18 | 4101 AVG18 BLU/BLK NEW 5PKT | 40BLUE/BLK JEAN | CHINA-RAM CTN/POLY | | 0 | 0 | 660 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 660 | | | 9.50 | 29.40 67 | | 29.40 67 | |
| 7G33150896 | J/BLK AVG20 | 4101 AVG20 BLU/BLK NEW 5PKT | 40BLUE/BLK JEAN | CHINA-RAM CTN/POLY | | 0 | 0 | 0 | 660 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 660 | | | 9.50 | 29.40 67 | | 29.40 67 | |

STORE   0

XXXXXXXXXXXXXXXXXXXXX

DIORIA SMITH

| MERCHANDISE MANAGER | DIVISIONAL MERCHANDISE MANAGER | TOTAL/UNITS | TOTAL/DOZ | OUR/STORE/DATE | TOTAL/RETAIL | RUN |
|---|---|---|---|---|---|---|

DISTRIBUTION CENTER    CONTINUE/D

PAGE 02/09

120413966d1   09:54   10/15/2007

*Ashley Stewart* LTD.

100 METRO WAY
SECAUCUS, NJ 07094
201-319-9093 • FAX 201-319-9097

**VENDOR:**

HOT STITCH LLC DBA JUST E
1407 BROADWAY SUITE 1208
NEW YORK, NY 10018

PURCHASE ORDER
ORIGINAL ORDER ☐

CONFIRMING ORDER
DO NOT DUPLICATE ☐

PURCHASE ORDER NO.  061966
REPRINT

1. This purchase order number must appear on:
   a. All documents
   b. Each individual carton
   c. Bill of lading
   Refer to our Routing & Shipping Guide for all Ashley Stewart requirements.
2. This purchase order is your agreement to pay any and all charges related to your failure to comply with all requirements listed in the Ashley Stewart Routing & Shipping Guide.
3. Packing slip must be enclosed with all shipments.
4. This purchase order is expressly conditioned upon the acceptance by vendor of the terms and conditions that appear on the face and on the reverse side hereof.
5. Production sample must be submitted for approval prior to delivery free of charge.

PAGE 2

PAGE 03/09

DISTRIBUTION CENTER
TOTAL RETAIL     CONTINUED

GRETA SMITH

10/15/2007  09:54   12813196641



# EXHIBIT C

**Sammy Mesrie**

**From:** Sammy Mesrie [smesrie@gmail.com]
**Sent:** Wednesday, June 11, 2008 5:10 PM
**To:** 'ESHAPIRO@URBANBRANDS.COM'
**Cc:** GINA FERNANDEZ (GFERNANDEZ@URBANBRANDS.COM)

DEAR ETHAN

I AM COMING FORWARD WITH ALL THE INFORMATION THAT YOU NEEDED FROM ME.  I JUST FOUND
OUT THAT WE SOLD THE GOODS TO ROSS AS WELL, & HAVE GIVEN THE INFO TO GINA.
A HUGE MISTAKE WAS MADE BY OUR CO.I PERSONALLY DID NOT DO IT,  BUT I AM READY TO TAKE FULL
RESPONSABILITY. MY EX-PARTNER,WHO EFFECTIVELY MADE THE SALE,IS NO LONGER WITH THIS
COMPANY.  THE PREVIOUS COMPANY (JUST ERNIE) HAS BEEN SELLING ASHLEY'S CANCELATIONS TO
THE MARKET SINCE BEFORE WE BECAME PARTNERS.
I CONSIDER MYSELF TO HAVE BEEN A GREAT SUPPORTER OF YOUR COMPANY, YOU COULD ATTEST
TO THAT.  EVEN UNTIL NOW I HAVE BEEN PRODUCING GOODS FOR YOU UNTIL TODAY.
I DON'T KNOW IF IT WOULD MAKE A DIFFERENCE,BUT BESIDES THAT I HAVE BEEN GOING  OUT ON A
LIMB WITH YOUR CREDIT, I WAS NOT ABLE TO GET CREDIT MYSELF ON YOUR INVOICES,BUT I
CONTINUED WITH THE HARDSHIP.
WE ARE BOTH JEWS & I AM SURE YOU DON'T WANT TO SEE ME GO OUT OF BUSINESS.
I AM WILLING TO MAKE AMMENDS & HOPEFULLY CONTINUE  FORWARD AS A PARTNERSHIP LIKE WE
HAVE HAD IN THE PAST.
I WOULD REALLY APPRECIATE THE OPPORTUNITY TO SEE YOU IN YOUR OFFICE THIS WEEK.
I LOOK FORWARD TO HEAR BACK FROM YOU
RGDS
SAMMY

**Sammy Mesrie**

**From:**        Sammy Mesrie [smesrie@gmail.com]
**Sent:**        Friday, June 13, 2008 10:56 AM
**To:**          'ESHAPIRO@URBANBRANDS.COM'
**Subject:**
**Attachments:** img009.jpg ricky; SAMMIES DOCUMENToo1.jpg

Dear Ethan:

I would like to clarify the grave misunderstanding that has transpired over the last couple of days. On June 5, Georgia sent me an order to be shipped immediately. When compiling the details, I was incorrectly informed by my staff of the number of units on hand.

Georgia responded that we did not have enough quantity for her order, and that her records showed that we should have a total of 5850 units.

I went back and checked the actual quantities and found we had made an Error. We actually had a total of 7665 units. We quickly informed her of the number of quantity an told her we had made an error.

There was no intention of deceiving her or attempting to sell the goods to anyone else. Otherwise we would have never informed her of the actual quantities we had in the warehouse.

When you inquired about the situation on Wednesday, I was nothing less than honest and forth wrigl

In connection with your goods sold to another store (which was initiated by my former partner) we engaged our warehouse to remove all Ashley labels & tags on the goods that were shipped to Ross stores and Burlington. I have enclosed a copy of the invoice for these services. There is always a possibility that a few pieces were missed.

I hope you understand that we never intentionally meant to hurt your company. We were supportive during your difficult time, as you personally told me. We humbly request you review this situation objectively. I had faith in you, please have Faith in me. Mistakes happen.

Ethan, I am appealing to you from the bottom of my heart. Please let me see you in person so we ma resolve this issue as businessmen. Please remember when you came in December and thanked us for our backing, I would very much appreciate your reciprocity.

I look forward to hearing back from you.

Best Regards,
Sammy Smesrie

P.S there is an attachment of the invoice from the warehouse if it is not clear we will fax it to you.

**From:** Sammy Mesrie [mailto:smesrie@gmail.com]
**Sent:** Friday, June 20, 2008 11:32 AM
**To:** Ethan Shapiro
**Cc:** Mike Abate
**Subject:** yesterday's meeting

Dear Ethan

I met with Mike yesterday & I am sure that he updated you on our meeting.
The whole situation can be summarized in the following:

Did I hurt you with me selling the goods, very possible, did I do it intentionally definitely no, especially how we instructed the warehouse to remove everything from the garments, & the amont of goods that were shipped. As a matter of a fact, Georgia started ordering the goods since May.


Did I get hurt from you, yes, since November I have had 600,000.00 from my capital frozen, & I have been barely surviving, all due to your finantial situation, did you do it to me intentionally?
No, I could understand the bad retail atmosphere & how you explained to me how a Merchandise Manager for Marriane totally mismanaged the operation, & how much it affected your company.

As discussed with Mike, all unsold goods are on their way back to our warehouse.  I would like to set up a meeting with you, & discuss the matter futher & hopefully we can come to an agreeable solution mutually

Regards
Sammy

## Sammy Mesrie

**From:** Ethan Shapiro [EShapiro@urbanbrands.com]
**Sent:** Friday, June 20, 2008 12:42 PM
**To:** Sammy Mesrie
**Cc:** Mike Abate; Georgia Smith; Marla Minns; Gina Fernandez; Anita Britt
**Subject:** RE: yesterday's meeting

Sammy,
When you are ready to admit that we are the innocent party and ordered and paid in good faith, perhaps we can meet. However, since we will not, under any circumstances, be doing future business it seems a waste of time. If you are under the impression that a Marianne merchandise manager had anything to do with this problem, you again and as usual misspeak. Simply put, you did not ship us all the available goods because you were afraid to carry the paper on your own, your absolute right to do so. After that you got greedy and sold our goods, without our release, which you would not ship us at full cost, to competitors at a discount. Simply put Sammy, you are not a partner we want to do business with and we will not do so. You have an obligation to get our goods off the floor of competitors and we have a decision to make whether or not we you sue for damages. It is your call and you must fix the problem now in order that we may put this behind us.

Ethan Shapiro
CEO, Urban Brands, Inc.

**Sammy Mesrie**

| | |
|---|---|
| **From:** | Sammy Mesrie [smesrie@gmail.com] |
| **Sent:** | Friday, June 20, 2008 2:10 PM |
| **To:** | 'Ethan Shapiro' |
| **Cc:** | 'Mike Abate' |
| **Subject:** | RE: yesterday's meeting |

Dear Ethan

My intention in the email was never to go out to prove you were guilty or innocent, I only meant to show what led me to this situation.
Actually,greed was not what led me to sell your goods, but the desesperation I had with my cash flow.
I admit that all along you took delivery & paid for the goods in full & on time. But please understand the finantial hardship I had(mainly unavailability of credit from factor),to be able to survive the crisis.
Regarding fixing the problem,you can tell how straightforward I was with the information I supplied to you & to Mike yesterday.
Again I look forward to meet you & resolve it as amicably as possible

Rgds
sammy

--

# EXHIBIT D

**INVOICE NO.** 117780    DATE: 3/18/06

UNIVERSAL LOGISTICS GROUP INC.
1100 NEW COUNTY ROAD
SECAUCUS, NJ 07094
201 865-0600

SOLD TO:
WHIT STITCH LLC
DBA JUST ERNIE INC.
1407 BROADWAY SUITE 1208
NEW YORK, NY 10018

| P.O. NUMBER | CUSTOMER ORDER NO. | DEPT. | TERMS | REP. | REF. | SHIP VIA | ORDER NO. | APPROVAL NO. |
|---|---|---|---|---|---|---|---|---|
| ERNIE | | NET | | | | | | |

| ITEM NO. | DESCRIPTION | TOTAL UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | SPECIAL SERVICES REMOVING TICKETS FOR BON (RETAIL FROM DARLEY IN STYLE# 4189 A'45 TICKETS PER GARMENT) | 1800 | 0.20 | 360.00 |
| | SPECIAL SERVICES PUTTING OUR MAIN LABEL W/H/A HANGER FOR THE ABOVE | 1800 | 0.10 | 180.00 |
| | PACKING FOR THE ABOVE | 1800 | 0.07 | 70.00 |
| | CTNS USED FOR THE ABOVE | 175 | 1.50 | 262.50 |
| | SPECIAL SERVICES TICKETING FOR MAIN STYLE# 42894, 4289B, 1239B | 2500 | 0.10 | 250.00 |
| | SPECIAL SERVICES TICKETING FOR CELI TREND ON PO#95957 | 750 | 0.10 | 75.00 |
| | SPECIAL SERVICES REMOVING TICKETS FOR BON3 ON STYLE 4198 101 | 1600 | 0.10 | 160.00 |

| RECEIVED BY | RET. WEIGHT | TOT. CTNS | | | | INVOICE TAX | PAY THIS AMOUNT → | CONTINUED |
|---|---|---|---|---|---|---|---|---|

# EXHIBIT E

## Bert

**From:** "Meghan Breedlove" <Meghan.Breedlove@coat.com>
**To:** <Justblu@aol.com>; "Bert" <bert@justbluusa.com>
**Sent:** Tuesday, June 17, 2008 4:22 PM
**Subject:** FW: Vendor 71872

Hi Guys

I am sure you have a real us touch with our legal dept, here it happened a real situation is to. Please send me an Bill and involved you and the rest of the list juny has and it is to

Thanks

Me....

**From:** Stacy Haigney
**Sent:** Tuesday, June 17, 2008 4:00 PM
**To:** Jane Taylor
**Cc:** Jack Moore; Paul Tang; Gloria Johnson; Meghan Breedlove; Alison Wong
**Subject:** Vendor 71872

Dear Jane—We purchased two styles of Ashley Stewart jeans (Class 400; styles 4100 & 4101, Basic 5 PKT Black and 5 PKT Blue/Black) from Just Ernie, Inc.# 71872 a/k/a Hot Stitch which the owner of Ashley Stewart is complaining about because, allegedly, our vendor is not allowed to sell Ashley Stewart products with the trade name still in the garment. (The name is embroidered in and can not be removed or blacked out.) I had hoped that the vendor would work out a deal with Ashley Stewart to let us sell off the approx. 1700 pairs we have left. Unfortunately, that did not happen.  Ashley Stewart insists that we stop selling the garments and that we return them to our vendor. The buyer is Meghan Breedlove.  I ask that Meghan coordinate with you to get the garments off the floor and returned to the vendor.  Ashley Stewart is instructing the vendor to cooperate with us in this regard. Thanks, Stacy

Notice: This communication, including attachments, may contain confidential or proprietary information to be conveyed solely for the intended recipient(s). If you are not the intended recipient, or if you otherwise received this message in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is strictly prohibited and may be unlawful.