UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Hot Stitch, LLC

                         Plaintiff,

   -v-

Asbury Stewart LTD

                        Defendant.

-------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08    CV 216 (GBD)(AHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 23 2008

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✗ Settlement

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: \_\_\_\_\_

Dated   7/22/08

SO ORDERED:

_George B. Daniels_
HON. GEORGE B. DANIELS
United States District Judge