UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

HOT STITCH, LLC                                   Case No. 09 CV 6296 (GBD)

                                            Plaintiff,      **ECF CASE**

                    - against -                               **NOTICE OF APPEARANCE**

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,
                                          Defendants.
----------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Matthew J. Wojtkowiak, of Fensterstock & Partners LLP, enters an appearance in this matter as counsel to Defendants Ashley Stewart, Ltd., Urban Brands, Inc. and Ethan Shapiro.

       Mr. Wojtkowiak is admitted to practice in this Court.

Dated: New York, New York
        July 23, 2008

                                              FENSTERSTOCK & PARTNERS LLP

                     By:    /s_____
                                             Matthew J. Wojtkowiak (MW 9738)

                                             30 Wall Street, 9th Floor
                                             New York, New York 10005
                                             (212) 785-4100
                                             *Attorneys for Defendants*