## **CERTIFICATE OF SERVICE**

I, Matthew J. Wojtkowiak, an attorney with the law firm of Fensterstock & Partners LLP, attorneys for Defendants, hereby certify that on July 23, 2008, I served the **NOTICE OF APPEARANCE**

upon the following:

Vano Haroutunian, Esq.
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue
New York, New York 10019

*Attorneys for Plaintiff Hot Stitch, LLC*

by ECF filing.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July, 2008 at New York, New York.


                                                    s/
                                     MATTHEW J. WOJTKOWIAK