UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HOT STITCH, LLC                                    Case No. 08 CV 6296 (GBD)

                                        Plaintiff,        **ECF CASE**

       - against -

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,
                                       Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

       BRANDON WHITE, being duly sworn, hereby deposes and says as follows:

       1.      I am a member of the law firm Foley Hoag, LLP, co-counsel for Defendants Ashley Stewart, LTD., Urban Brands, Inc. and Ethan Shapiro in this matter. My current office address is 155 Seaport Blvd., Boston, MA 02210.

       2.      I submit this Affidavit in support of Defendant's Motion to Admit Counsel *Pro Hac Vice* in connection with the above-captioned matter.

       3.      I have been admitted to practice law in Massachusetts since 1979. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am currently a member in good standing of the Bar of the State of Massachusetts.

       4.      There are no pending disciplinary proceedings against me in any court.

5. I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and the practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; and (d) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

6. I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

DATED this 22nd day of July, 2008.

_____
Brandon White

Subscribed and sworn to before me
this 22nd day of July, 2008.

_____
Notary Public

MATTHEW J. WOJTKOWIAK
Notary Public, State of New York
No. 02WO6151839
Qualified in New York County
Commission Expires August 28, 20 08

2

# EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the twenty-first day of December A.D. 1979, said Court being the highest Court of Record in said Commonwealth:

### Brandon F. White

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this twenty-first day of July in the year of our Lord two thousand and eight.

*signature*
MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116