UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HOT STITCH, LLC                                    Case No. 08 CV 6296 (GBD)

                                    Plaintiff,     **ECF CASE**

        - against -

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,
                                    Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

        BLAIR C. FENSTERSTOCK, being duly sworn, hereby deposes and says:

        1.      I am Managing Partner of the law firm of Fensterstock & Partners LLP, attorneys for

Defendants Ashley Stewart, Ltd., Urban Brands, Inc. and Ethan Shapiro. I submit this affidavit in

support of Defendant's Motion to Admit Brandon White, Esq. ("the Applicant") *pro hac vice* in

connection with this action pursuant to Local Civil Rule 1.3(c).

        2.      By reputation and experience, I know the Applicant to be an attorney of good

character, competence and experience, and am confident that he will conduct himself accordingly

before this Court.

        3.      In connection with this application, I am submitting the Applicant's own affidavit in

which he describes his familiarity with the Judicial Code governing practice in the United States

District Courts, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, and Local

Rules governing practice in this Court.

1

District Courts, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, and Local

Rules governing practice in this Court.

    4.       For the foregoing reasons, I respectfully request that Defendants' motion be granted.

For the Court's convenience, a proposed order granting the motion to admit the Applicant *pro hac*

*vice* is annexed hereto as Exhibit A.

                                          Blair C. Fensterstock

Subscribed and sworn to before me
this 22nd day of July, 2008.

JANET SANCHEZ
NOTARY PUBLIC, State of New York
No. 01SA6072349
Qualified in Kings County
Commission Expires 04/01/2010

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HOT STITCH, LLC                                              Case No. 08 CV 6296 (GBD)

                                    Plaintiff,          **ECF CASE**

        - against -

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,
                                    Defendants.
-----------------------------------------------------------------x

        This matter having been brought before the Court by Defendants Ashley Stewart, Ltd., Urban

Brands, Inc. and Ethan Shapiro, through their counsel Fensterstock & Partners LLP, by motion

pursuant to Local Civil Rule 1.3(c) for an order admitting Brandon White, Esq., *pro hac vice*, the

Court having reviewed and considered the papers filed in support of this Motion, it is hereby

        ORDERED that Brandon White, Esq. be and hereby is admitted *pro hac vice* in connection

with this action and shall abide by the provisions of the Local Rules of this Court in all respects and

be subject to the disciplinary jurisdiction of this Court in accordance with Local Civil Rule 1.5.

SO ORDERED.

                                    _____
                                                    U.S.D.J.

1