## CERTIFICATE OF SERVICE

I, Matthew J. Wojtkowiak, an attorney with the law firm of Fensterstock & Partners LLP, attorneys for Defendants, hereby certify that on July 22, 2008, I served the **AFFIDAVIT OF BLAIR C. FENSTERSTOCK IN SUPPORT OF DEFENDANTS' MOTION TO ADMIT BRANDON WHITE PRO HAC VICE, AFFIDAVIT OF BRANDON WHITE, DECLARATION OF GEORGIA SMITH IN OPPOSITION TO MOTION FOR PRELIMINARY DECLARATORY ORDER, and DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY DECLARATORY ORDER**

upon the following:

Vano Haroutunian, Esq.
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue
New York, New York 10019

*Attorneys for Plaintiff Hot Stitch, LLC*

by hand delivery in person.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of July, 2008 at New York, New York.

_____
MATTHEW J. WOJTKOWIAK