```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HOT STITCH, LLC,                    :
                                    :
              Plaintiff,            :         ORDER
                                    :
       -against-                    :   08 Civ. 6296 (GBD)(MHD)
                                    :
ASHLEY STEWART, LTD., et al.        :
                                    :
              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, JULY 30, 2008, at 2:30 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 24, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Vano I. Haroutunian
Ballon, Stoll, Bader and Nadler
729 Seventh Avenue, 17th Floor
New York, NY 10019

Matthew Wojtkowiak
Fensterstock & Partners LLP
30 Wall Street
New York City, NY 10013