UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

HOT STITCH, LLC

              Plaintiff,

- against -

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,

             Defendants.
-----------------------------------x

Case No. 08 CV 6296 (GBD)

ECF CASE

### STIPULATION OF EXTENSION OF TIME

THE PARTIES HEREBY STIPULATE that the time for Defendants Ashley Stewart, Ltd., Urban Brands, Inc. and Ethan Shapiro to answer, move, or otherwise respond to the complaint in this action is extended to and including August 15, 2008.

Dated: New York, New York
       August 1, 2008

BALLON STOLL BADER & NADLER, P.C.

By: _____
    Vano Haroutunian (VH 1010)

729 Seventh Avenue, 17th Floor
New York, NY 10019
(212) 575-7900

*Attorneys for Plaintiff Hot Stitch LLC*

FENSTERSTOCK & PARTNERS LLP

By: _____
    Matthew J. Wojtkowiak (MW 9738)

30 Wall Street, 9th Floor
New York, NY 10005
(212) 785-4100

*Attorneys for Defendants Ashley Stewart, Ltd., Urban Brands, Inc. and Ethan Shapiro*

SO ORDERED: AUG 6 2008

_____
HON. GEORGE B. DANIELS
George B. Daniels, U.S.D.J.