

ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 19 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOT STITCH, LLC,

              Plaintiff,           Docket No. 08 CV 6296 (GBD)

-against-                     **ECF CASE**

ASHLEY STEWART, LTD.,
URBAN BRANDS, INC. and
ETHAN SHAPIRO,

              Defendants.

### STIPULATION OF EXTENSION OF TIME

THE PARTIES HEREBY STIPULATE that the time for Defendants Ashley Stewart, Ltd., Urban Brands, Inc. and Ethan Shapiro to answer, move, or otherwise respond to the complaint in this action is extended to and including September 12, 2008.

Dated: New York, New York
         August 13, 2008

BALLON STOLL BADER & NADLER, P.C.      FENSTERSTOCK & PARTNERS LLP

By: _____      By: _____
    Vano Haroutunian (VH 1010)             Matthew J. Wojtkowiak (MW 9738)

729 Seventh Avenue, 17th Floor           30 Wall Street, 9th Floor
New York, NY 10019                      New York, NY 10005
(212) 575-7900                           (212) 785-4100

*Attorney for Plaintiff Hot Stitch LLC*        *Attorneys for Defendants Ashley*
                                                    *Stewart, Ltd., Urban Brands, Inc.*
                                                      *and Ethan Shapiro*

SO ORDERED:    AUG 19 2008

_____
George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS

B3535414.1